# EXHIBIT 1

IN THE CURT OF COMMON PLEAS

CUYAHOGA COUNTY, OHIO

**NAME: MICHELLE MARIE ROSE**

**ADDRESS: 13232 PAINESVILLE WARREN ROAD**

**CITY, STATE AND ZIP: PAINESVILLE OHIO 44077**

**PHONE: 216-324-5608**

**PLAINTIFF**

**VS.**

**NAME: UNIVERSITY HOSPITALS INC.**

**ADDRESS: 11100 EUCLID AVENUE**

**CITY, STATE AND ZIP: CLEVELAND, OHIO 44106**

**PHONE: 216-593-5500**

**DEFENDANT(S)**

**AND**

**NAME: UNIVERSITY HOSPITALS PHYSICIAN SERVICES INC**

**ADDRESS: 20800 HARVARD ROAD**

**CITY, STATE AND ZIP: HIGHLAND HILLS, OHIO 44122**

**PHONE: 216-593-5500**

**DEFENDANT(S)**

Judge: SHERRIE MIDAY

CV 19 926895

**COMPLAINT**

CV19926895   111791466

2019 DEC 20 P 1:29
CLERK OF COURTS
CUYAHOGA COUNTY
FILED


$25.00 DEPOSITED
DEC 19 2019
Cuyahoga County Clerk of Courts
Per _____ Deputy

## COMPLAINTS:

1. Harassment and retaliation for whistle blowing
   a. After meeting with the financial department and upper managment at University Hospitals regarding many incorrect charges on my physicians financials, UHPS President and UHPS Vice President "resigned" from thier positions. Managment at the hospital had then taken over. University Hospitals pension plans were "frozen" and new ones were implicated.
   b. All UHPS office managers had a title change and job description. The office managers were also removed as salary emloyees and changed to hourly.
   c. UHPS employees had their earned sick time was "frozen" and could only be used if we had a medical reason such as surgery.
   d. UHPS paid time off "PTO" was revamed and some managers had employees in the practice earning more vacation time than the managers were now earning.


2. Violation of my FMLA rights.
   a. I was on FMLA for personal medical issues and that was July 2017 through July 2018. It was approved.
   b. I initated a second FMLA for my father who was diagnosed in August of 2017 with pancreatic cancer which was also approved.
   c. I had an FMLA for my scheduled reconstructive knee surgery November 27, 2017. Originally denied and later approved.

I recieved a call from the VA Medical Center on October 20, 2017 that my father was sent to the ICU and it did not look good. I went to the VA Medical Center and contacted my direct supervisor and office letting them know that I would not be back in the office. I did however had my finance go to the office and pick up my laptop, billing tickets that needed to be entered and many other things that I would work on while I was at the VA Medical Center.

My director Brian Boardman, and my supervisor Cindy Clark were both aware of me working while on FMLA and would even call me, email me and ask me to do things while on FMLA.

I was on a continous FMLA leave from October 20, 2017 through November 20, 2017 and worked during the inteir FMLA leave with my director and buisness manager fully aware and supporting my working while on continus leave.

I returned to work on Monday November 20, 2017 and worked that entire week and took work home as well for the weekend. I was promised help in the office while I was on FMLA and that did not happen and I came back to the office with piles and piles of charge enry tickets on my office floor. I had reconsructive knee surgery on Monday November 27, 2017 and attempted to return to work on Monday December 11, 2017.

I worked Monday through Thursday that week and started having problems with my knee. I called the surgeons office and he sheduled me for a follow up on Friday December 15, 2017. He placed me out of work until January 15, 2018. I informed my supervisor, director and stopped in the office and faxed all papers to the FMLA / short term disiablity office. I did take the piles of work that needed done home with me.

I was reaching out to the employees via phone calls and text messages as I was hving a problem trying to get onto the VPN for work and asked them to email me at my personal home email as I could not get into the one for work.

I was called on Wednesday December 20, 2017 10am in the morning and the call was coming from my personal office. I answered and it was Valerie Jaggie and Cynthia Clark who informed me that I was terminated from employment at UH affective today. They did this during clinic hours / business hours where patients and my employees could hear because of being on speaker phone and where my office was located.

I was very upset and humiliated as per UH policy, terminations are to done in the up most private area and kept very personal. The main termination reason was working while on continous leave.

Now they had no problem with me working while on a continous leave October 20, 2017 through November 20, 2017 but now it was a problem.

3. Termination of medical insurance 20 days post op and against my surgeons suggestion.
    a. I was to have full insurance coverage until the end of January according to Valerie Jaggie. I did see my surgeon on December 29, 2017 and he stated that I needed at least 7 more weeks of physical theray and also at least two more office visits with him for a follow up.
    b. Valerie Jaggie did not put in the proper termination date and my insurance ended on December 31, 2017.
    c. Due to this, I now have been having knee problems with the same knee. I had an appointment with the surgeon again on October 2019. He ordered an MRI. The MRI confirmed that I have a torn meniscus and I now require another surgery as it did not heal properly. I did verbally ask him in the office and my finance present as well, if the lack of medical attention, medications and physical therapy could be a result of this reoccuring injury and the need to have another surgery? He stated that it absolutley could be a result of that.

    I am seeking compensation for mental, emotional and physical injuries, violation of my FMLA rights and for the contsent harrasment sent via email, calls and texts as well.

*Michelle M. Rose*

Judge: SHERRIE MIDAY

CV 19 926895

Common Pleas Court of Cuyahoga County, Ohio

## DESIGNATION FORM TO BE USED TO INDICATE THE CLASSIFICATION OF THE CAUSE

**Plaintiff:** Michelle Rose

**Vs.**

**Defendant:** University Hospitals

FILED 2019 DEC 20 P 1: 29 CLERK OF COURTS CUYAHOGA COUNTY

**Case Number:** _____
**Date:** 12/20/19

Has this case been previously filed and dismissed? Yes ☐ No ☒
Case #: _____ Judge: _____

Is this case related to any new cases now pending or previously filed? Yes ☐ No ☒
Case #: _____ Judge: _____

**CIVIL CLASSIFICATIONS:** *Place an (X) In ONE Classification Only.*

**Professional Torts:**
☐ 1311 Medical Malpractice
☐ 1315 Dental Malpractice
☐ 1316 Optometric Malpractice
☐ 1317 Chiropractic Malpractice
☐ 1312 Legal Malpractice
☒ 1313 Other Malpractice

**Product Liability:**
☐ 1330 Product Liability

**Other Torts:**
☐ 1310 Motor Vehicle Accident
☐ 1314 Consumer Action
☐ 1350 Misc. Tort

**Workers Compensation:**
☐ 1550 Workers Compensation
☐ 1531 Workers Comp. Asbestos

**Foreclosures:**
☐ Utilize Separate Foreclosure Designation Form

**Commercial Docket:**
☐ 1386 Commercial Docket
☐ 1387 Commercial Docket with Foreclosure

**Administrative Appeals:**
☒ 1540 Employment Services
☒ 1551 Other

**Other Civil:**
☐ 1500 Replevin/Attachment
☐ 1382 Business Contract
☐ 1384 Real Estate Contract
☐ 1388 Consumer Debt
☐ 1390 Cognovit
☐ 1391 Other Contacts
☐ 1490 Foreign Judgment
☐ 1491 Stalking Civil Protection Order
☐ 1501 Misc. Other
☐ 1502 Petition to Contest Adam Walsh Act
☐ 1503 Certificate of Qualification for Employment

**Amount of Controversy:**
☒ None Stated
☐ Less than $25,000
☐ Prayer Amount _____

**Parties have previously attempted one of the following prior to filing:**
☐ Arbitration
☐ Early Neutral Evaluation
☐ Mediation
☒ None

*I certify that to the best of my knowledge the within case is not related to any now pending or previously filed, expect as noted above.*

**Firm Name (Print or type):** Michelle Rose
**Address:** 13232 Painesville Warren
**Address:** Rd Painesville OH 44077
**Phone:** 216-324-5608

**Attorney of Record (Print or Type):** _____
**Supreme Court #:** _____
**Email Address:** MELLis4702@aol.com
**Signature:** Michelle Rose

## CASE INFORMATION

**CV-19-926895 MICHELLE ROSE vs. UNIVERSITY HOSPITALS**

View Printer Friendly Version

### Docket Information

From Filing Date / /    Docket Type 1 [SELECT]   Docket Type 2 [SELECT]   Docket Type 3 [SELECT]   Docket Type 4 [SELECT]   Filter Results   Start Search

| Filing Date | Docket Party | Docket Type | Docket Description | View Image |
|---|---|---|---|---|
| 12/27/2019 | N/A | SR | FEDEX RECEIPT NO. 40669602 DELIVERED BY FEDEX 12/26/2019 UNIVERSITY HOSPITALS PHYSICIAN SERVICES INC PROCESSED BY COC 12/27/2019. | |
| 12/25/2019 | N/A | SR | FEDEX RECEIPT NO. 40669601 DELIVERED BY FEDEX 12/24/2019 UNIVERSITY HOSPITALS INC PROCESSED BY COC 12/25/2019. | |
| 12/23/2019 | D2 | CS | WRIT FEE | |
| 12/23/2019 | D2 | SR | SUMS COMPLAINT(40669602) SENT BY FEDERAL EXPRESS. TO: UNIVERSITY HOSPITALS PHYSICIAN SERVICES INC 20800 HARVARD ROAD HIGHLAND HILLS, OH 44122-0000 | 📄 |
| 12/23/2019 | D1 | CS | WRIT FEE | |
| 12/23/2019 | D1 | SR | SUMS COMPLAINT(40669601) SENT BY FEDERAL EXPRESS. TO: UNIVERSITY HOSPITALS INC 11100 EUCLID AVENUE CLEVELAND, OH 44106-0000 | 📄 |
| 12/20/2019 | N/A | SF | JUDGE SHERRIE MIDAY | |

| | | | |
|---|---|---|---|
| | | | ASSIGNED (RANDOM) |
| 12/20/2019 | P1 | SF | LEGAL RESEARCH |
| 12/20/2019 | P1 | SF | LEGAL NEWS |
| 12/20/2019 | P1 | SF | LEGAL AID |
| 12/20/2019 | P1 | SF | COURT SPECIAL PROJECTS FUND |
| 12/20/2019 | P1 | SF | COMPUTER FEE |
| 12/20/2019 | P1 | SF | CLERK'S FEE |
| 12/20/2019 | P1 | SF | DEPOSIT AMOUNT PAID MICHELLE ROSE |
| 12/20/2019 | N/A | SF | CASE FILED |
| 12/20/2019 | P1 | SR | COMPLAINT FILED. SERVICE REQUEST - SUMMONS BY FEDEX TO THE DEFENDANT(S). 📄 |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.
Website Questions or Comments.
Copyright © 2020 PROWARE. All Rights Reserved. 1.1.232

| CASE NO. | | SUMMONS NO. | |
|---|---|---|---|
| CV19926895 | D1 FX | 40669601 | |

Rule 4 (B) Ohio
Rules of Civil Procedure

MICHELLE ROSE  **PLAINTIFF**
VS
UNIVERSITY HOSPITALS  **DEFENDANT**

# SUMMONS

UNIVERSITY HOSPITALS INC
11100 EUCLID AVENUE
CLEVELAND OH 44106-0000

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on:



Plantiff's Attorney (Pro Se)

MICHELLE MARIE ROSE
13232 PAINESVILLE WARREN ROAD

PAINESVILLE, OH 44077-0000

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

SHERRIE MIDAY
Do not contact judge. Judge's name is given for attorney's reference only.

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas



By _____
    Deputy

DATE SENT
Dec 23, 2019

COMPLAINT FILED   12/20/2019

CMSN130

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV19926895 | D2 FX | 40669602 |

Rule 4 (B) Ohio
Rules of Civil Procedure

# SUMMONS

MICHELLE ROSE **PLAINTIFF**
VS
UNIVERSITY HOSPITALS **DEFENDANT**

UNIVERSITY HOSPITALS PHYSICIAN
SERVICES INC
20800 HARVARD ROAD
HIGHLAND HILLS OH 44122-0000

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on:



Plaintiff's Attorney (Pro Se)

MICHELLE MARIE ROSE
13232 PAINESVILLE WARREN ROAD

PAINESVILLE, OH 44077-0000

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

SHERRIE MIDAY
Do not contact judge. Judge's name is given for attorney's reference only.

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

By _____
Deputy

| DATE SENT |
|---|
| Dec 23, 2019 |

COMPLAINT FILED   12/20/2019



CMSN130