**Knauer** Mobile

12/19/17 @ 2:39pm

> Just a heads up. All eyes are going to be on you if you show up at the office while on FMLA. Drew gave me a heads up on this. It is a violation of FMLA regulations for paying you. — DR KNAUER

> Advise you not to come tomorrow. In Jan can do off site after hours dinner. — DR Knauer

> I will be on your schedule for an appointment tomorrow so really nothing at all they can do about it. — Michelle Rose

> OK, just be aware. — DR. Knauer

> I never got my flu vaccine yet and i am 3 weeks late on infusing so need meds and update you on my new dx CMT. — Michelle Rose

Read

> Just so you know. There could be someone keeping track of you. — DR KNAUER

Type a message...  

Handwritten annotation: EXHIBIT L — DR KAK texts to me 12-19-17 the day prior to my termination.



Exhibit L.2

**Danielle Curry** — Mobile

*12/19/17 10:58 AM*

Please text me your address again now that we have to get the charge tickets to you again and this time I will save it. Thank you again.

1016 Cherokee trail

Thanks so much

*12/19/17 2:33 PM*

Danielle I am not able to stop by with charge tickets because I am on STD. These will be emailed to you and or one of the MA's will drop them off as they live close by you as well. If you have any problems, you can contact Cassandra in the office if you should need anything or missing anything. 440-974-4104 and I will return to the office on 1/15/18. Thanks again for all your help and support.

Sent

Handwritten annotations:
- Sent at 10:58 AM
- Cindy text me at 1:50pm [scribbled out] about not working while on leave.
- So at 2:33pm I text Danielle back letting her know I can not work while on leave.
- My text to Danielle that they did not include with the text messages.

 

Type a message...



**Cindy Clark** — Mobile

> ? And why am I being reminded of that? Obviously there is a reason?

12/19/17 1:50 PM

> Michelle: please remember that you are not to be working while you are on leave. Also, you are not permitted on hospital grounds unless you are seeing a Physician for your medical needs. Thank you.

12/19/17 2:03 PM

> Also: Call the Help Desk and they can put your out of office on for you.

12/19/17 2:12 PM

> Yes i have physical therapy twice a week in Mentor so i will be on the grounds twice a week. Dr. Knauer is also my Immunologist and I have appointment scheduled with him as well.

Delivered

*Exhibit L-2*

*Text #1 — I sent Danielle a text after at 2:33 PM. See page #2.*