

# Corrective Action
HRPerf001

Exhibit O

## I. EMPLOYEE DATA

| First Name | M.I | Last Name | Employee Number (Enter exactly as in Oracle) |
|---|---|---|---|
| Michelle | M | Rose | 1121389 |

| Position | | | Year |
|---|---|---|---|
| Practice Lead | | | 2017 |

| Entity | Department |
|---|---|
| UHMP | UHMSO Knauer, Kent-60328 |

(Check one) ☐ Confirmation of Counseling  ☐ Warning  ☐ Final Warning/Suspension  X Discharge

## II. CIRCUMSTANCES

**Dates of attendance or tardiness occurrences:**

| | | | | | |
|---|---|---|---|---|---|

**Describe the circumstances leading to the corrective action:**

Michelle Rose is a Practice Lead and has been with University Hospitals since June 19, 2006. On October 19, 2017, Michelle was placed on a Final Warning for aggressive communication. On December 12 and December 14, 2017, Michelle sent several unprofessional emails to her manager, staff and a co-worker in another department.

Michelle returned back to a continuous leave of absence December 15, 2017. On December 19, 2017, Cindy Clark, Administrator texted Michelle to remind her that she should not be working while on a continuous leave. Michelle then began texting her staff as a group the below messages:
- "Please do not say anything to Cindy about me coming into the office to do anything as all as I am supposed to be on STD. Thank you."
- "I need each of you to call me today and give me your login and passwords for each program Athena, EMR and Soarian. Thank you."
- "Send all communications to be by text please and thank you. Please also let Vida know she can call me as she never texts so tell her to call and not email."
- "Email me the letter you send out for the AR but email it to me at Mellis4702@aol.com thank you"

At 1:50 p.m. Michelle was informed by Cindy that she was not to be on hospital property unless she was receiving medical attention. At 2:22 p.m. Michelle sent another text to her staff member: "I have texted you, called the office and left you voicemails and you ned to call me."

Cindy then contacted Michelle via phone to remind her that she was on STD and was not supposed to be contacting her staff via email, phone or text. Michelle did not say she wasn't doing that but said she would not contact the staff. Approximately 5 minutes later Michelle called the office from a blocked number and began yelling at one of her staff members because she did not inform her that Cindy was in her office. Michelle stated she needed an appt. When the staff member said her name she became upset with her and she yelled at the staff member again that she was not to say her name as it could be heard in the back office. She again told this employee to call her when she left work for the evening.

Michelle also called another employee from a blocked number and asked her, "well, where have you been?" The staff are very nervous and concerned about her behavior for their own safety. After the above communications, Michelle had a staff member schedule her and appointment to see the Physician on Wednesday, December 20, 2017. She stated when she arrives in the office on December 20, she was going to tell the staff what duties they were to do when she was out. Michelle called from a private number on the morning of December 20, to cancel the appointment.

Michelle has violated HR – 63 for Professional Behavior, HR- 72 Corrective Action and IS-9 Password, Creation and Revision. Due to the continued aggressive and threatening behavior and violation of UH Password, Michelle's employment is being terminated effective immediately.

**Please note the policy and procedure violated:**

HR – 72 Corrective Action

HR – 63 Professional Behavior

    2.1.2. Demeaning, intimidating or abusive behavior.
    2.1.6. Outbursts of rage or violent temper.

IS-9 Password, Creation and Revision

All individuals who access UH IT Systems, including physicians, workforce members, contractors, vendors and researchers, adhere to UH Information Security standards regardless of the UH business purpose(s) for the access. Passwords are never shared with others or written down in unsecured locations where others may be able to obtain the passwords and use them to access UH IT Systems.

## III. ACTION PLAN

Michelle Rose's employment with University Hospitals has been terminated effectively immediately.



University Hospitals

Corrective Action

## IV. EMPLOYEE COMMENTS

## V. SIGNATURE OF ACKNOWLEDGMENT

I understand that I may contact an HR representative to discuss questions or concerns related to this document including optional complaint resolution steps. Other than in cases of discharge, should the performance concerns outlined in this document continue, additional corrective action up to and including discharge may occur.

| Employee Signature | Date |
|---|---|
| Delivered to employee via telephone | 12/20/17 |

| Manager Signature | Date |
|---|---|
| Cynthia L. Clark | 12/20/17 |

**PLEASE RETURN THIS FORM TO YOUR LOCAL HUMAN RESOURCES DEPARTMENT**

Exhibit O.3

**Jaggie, Valerie**

**From:** Windham, Cassandra
**Sent:** Wednesday, December 13, 2017 1:58 PM
**To:** Jaggie, Valerie
**Subject:** FW: Meeting

**Importance:** High

*[Handwritten note: Below is the email Dated 12-12-2017 that they used on my Termination stating "She sent several unprofess Emails to her manager, Staff + Co-worke]*

**From:** Rose, Michelle (Manager)
**Sent:** Tuesday, December 12, 2017 6:09 PM
**To:** Novosel, Denise; Ursic, Vida T; Windham, Cassandra; Pickens, Nyesha; Allgood, Nicole R
**Cc:** Rose, Michelle (Manager)
**Subject:** Meeting
**Importance:** High

Good Afternoon,

Vote time. We will be having an office meeting no matter what. This meeting will be slotted for 3 hours. No one is excused from this meeting for no reason at all.

Below are the days and times for the meeting. Please email me your selection for the meeting and also a list from you on my desk and or via email of things you would like to discuss at this meeting besides what I need to address.

Thursday December 21st 9am or any time after.

Friday December 22st from 8:30am – 11:00am or any time after 1pm.

Tuesday December 26th anytime 9am or 3pm


Michelle Rose
Manager, Asthma, Allergy & Immunology
Dr. Kent Knauer
University Hospitals
9000 Mentor Avenue, Suite 103
Mentor, Ohio 44060
Phone: 440-974-4108
Cell: 216-324-5608
Fax: 440-974-4118

**"A person who feels apprectiated will always do more then expected"**
*"It is the journey not the destination that makes life interesting and worth the admission price of the one way ticket"*

1

*Exhibit O.4*

**Jaggie, Valerie**

From: Williams, Andreana M
Sent: Friday, December 15, 2017 9:35 AM
To: Jaggie, Valerie; Todd, Ashley G
Subject: FW: Email from Michelle Rose

-----Original Message-----
From: Conti, Deborah
Sent: Friday, December 15, 2017 7:16 AM
To: Williams, Andreana M
Subject: Email from Michelle Rose

*[Handwritten annotation: Below is the second email from my termination stating on 12-14-17 I sent several unprofessional emails to my supervisor, staff + co-workers.]*

From: Rose, Michelle (Manager)
Sent: Thursday, December 14, 2017 10:43 PM
To: Conti, Deborah; Potts, Belinda E; White-Shelton, Demetria
Subject: Thank you

Good Afternoon,

Just wanted to say thank you for trying to help me today and explain things and I am sorry that I am little lost but without training it is very very difficult.

Most of you know my circumstances and I did everything I could and begged to get set back in our go live date due to my circumstances and we were told no.

I have not been on any calls and this is my first today and as you see, I refuse to call in because 1, it is very confusing when you have no clue and 2, we are not the same peds and allergy are 2 differrent worlds and do nothing at all the same.

No one understands that you guys are working with us and not against us and all I want to hear from is you guys who know the system and tell me what I need to do to make things work. So I am still lost after that mess this afternoon and would love to speak with one of you so there is no interruptions so that you can tell me the proper way to enter this NDC information as this is a very big part of my practice and money lost of not done correctly.

So can you please tell me who I may call and seriously take 2 minutes to ask my question and mke myself a cheat sheet on this NDC issue that Deb Conti and I discussed prior so that I can try and clean up this EBEW mess that I have on my hands?

I cannot submit myself to those calls as I will get fired for sure due to losing my temper. Everyone seems to think they know more than you and they dont.

I will not submit myself to anymore of the calls and will wait for your hot topics to come out via email. I was warned about the conference calls so I have no idea what possed me to jump on one lol.

Thank you

1